IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Case No. cr- 05-316 (ESH) |
| | ) | (Under Seal) |
| PABLO RAYO MONTANO et al. | ) | |

FILED
MAY 0 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon motion of the United States, and for good cause shown, it is hereby ORDERED that the above styled case shall be temporarily unsealed to allow the Clerk of the United States District Court to copy the indictment, the superseding indictment and the arrest warrants in the case. Further, it is ordered that the Clerk of the United States District Court shall provide to the United States ten (10) certified copies of the original indictment, twenty-five (25) certified copies of the superseding indictment, and five (5) certified copies of each arrest warrant, including the three arrest warrants issued with the original indictment and the arrest warrants issued at the time of the superseding indictment. It is further ordered that this order shall be filed under seal and that the above styled case be resealed after all copies are made and certified.

SO ORDERED.

_Ellen S. Huvelle_
Ellen S. Huvelle
Judge, United States District Court

5/3/06