

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

May 19, 2006

Clerk, United District Court
District of Columbia
333 Constitution Ave. N.W.
Washington, D.C. 20001

SEALED

CR 05-316-04-ESH

Re:   Transfer to U.S. Magistrate Judge

Case No. 06-952-MJ

Case Title: USA-V- JAIME MICOLTA HURTADO

FILED

Dear Sir/Madam:

MAY 2 2 2006

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
  - ☐ Original bond to be forwarded by the Fiscal Section
- ☒ Certified copy of final commitment
- ☐ Original Passport
- ☐ Original Declaration re: Passport
- ☒ Other  DOCUMENT #9 NOT FOR PUBLIC VIEW

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By  K. ESTRADA
Deputy Clerk 213-894-5293

cc:  U.S. Attorney (Central District of California)
     U.S. Attorney (Receiving district)

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:
__CR 05- 316 - 04 - ESH__.

Clerk, U.S. District Court

_5/22/06_
Date

By _Linda Pugh_
Deputy Clerk

CR-48 (01/01)        LETTER RE: RULE 40 - TRANSFER OUT

I hereby attest and certify on 5/19/06
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

FILED
2006 MAY 16 AM 10: 14
SEALED
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>PLAINTIFF(S)<br>v.<br>Jaime Micolta Hurtado<br>DEFENDANT(S). | CASE NUMBER<br>06-0952M<br>CR05-316-04-ESH<br>**AFFIDAVIT RE<br>OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: __DEA__
in the _____ District of __Columbia__ on __February 22, 2006__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about __February 22, 2006__
in violation of Title __21__ U.S.C., Section(s) __963, 952, 959(a), 853, 970__
to wit: __Conspiracy to transport in excess of 5 kilograms cocaine into United States__

A warrant for defendant's arrest was issued by: __District of Columbia - Judge Kay__

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __5/16/2006__, by
**ROSALIND TYUS-SIMON**
_____, Deputy Clerk.

S/A _____        Jeff Bockelkamp
Signature of Agent         Print Name of Agent

DEA                        Special Agent
Agency                     Title

DOCKETED ON CM
MAY 19 2006
BY _____

CR-52 (05/98)          AFFIDAVIT RE OUT-OF-DISTRICT WARRANT          179

I hereby attest and certify on 5/19/06
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

By _____
DEPUTY CLERK

FILED
2006 MAY 16  AM 10: 14
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. Jaime Micolta Hurtado | 05-06-0952M |
| DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACTION |

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest  5/16/06   5:15   ☒ AM / ☐ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   21: 963, 952(a), 21:853, 970
3. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor
4. U.S. Citizen: ☐ Yes  ☒ No  ☐ Unknown
5. Year of Birth: 1950
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): District of Columbia
8. Date detainer placed on defendant: _____
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
10. Name of Pretrial Services Officer: Duty Officer
11. Remarks (if any): _____

12. Date: 5-16-06                     13. Signature: _____
14. Name: S/A Beckellkamp              15. Title: Special Agent

DOCKETED ON CM
MAY 19 2006
BY _____

CR-64 (07/05)          REPORT COMMENCING CRIMINAL ACTION

170

P SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

I hereby attest and certify on 5/19/06
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
_Estrada_
DEPUTY CLERK

UNITED STATES OF AMERICA,
— PLAINTIFF

JAime Micolta Hurtado
— DEFENDANT

☑ LA  ☐ RS  ☐ SA      ☐ UNDER SEAL
CASE NUMBER: MJ 06-952
☐ COMPLAINT         ☑ OUT OF DISTRICT AFFIDAVIT
☐ INDICTMENT        ☐ INFORMATION
☐ SUMMONS           ☐ EXTRADITION
☐ PSA/PO WARRANT
☐ SUPER FAST TRACK (Class B Misdemeanor)
FILED: 5-16-06
VIOLATION: 21:963 952+959(a):
18:2; 21:853+970
DATE: 5-16-06    TIME: 2:00pm
TAPE NUMBER:

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Eick

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: Stacey Pierson / Lamar Baker / Alejandro Franko Sr.
         Deputy Clerk         Assistant U.S. Attorney         Interpreter / Language

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
   ☐ preliminary hearing OR ☑ removal hearing / Rule 20.
☑ Defendant states true name ☑ is as charged ☐ is
☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☑ Attorney: Greg Wesley       ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution
   Ordered (see separate order)  ☐ Special appearance by:
☑ Government's request for detention is: ☑ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED
☑ Defendant is ordered: ☑ Permanently Detained w/o prej. / ☐ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED  ☐ DENIED
☐ Preliminary Hearing waived.
☐ SUPER FAST TRACK  ☐ Defendant is advised of maximum penalties.
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of further proceedings.
☐ PO/PSA WARRANT  ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ Post-Indictment Arraignment set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED  ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED  ☐ DENIED
☑ Defendant executed Waiver of Rights.  ☐ Process received.
☑ Court ORDERS defendant Held to Answer to _____ District of Columbia
   ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
   ☑ Warrant of removal and final commitment to issue.  ☐ Warrant of removal and final commitment are ordered stayed
   until _____
☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
   Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
   Proceedings will be held in the ☐ Duty Courtroom _____  ☐ Judge's Courtroom _____
☑ Defendant committed to the custody of the U.S. Marshal  ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
   RELEASE ORDER NO: _____
☐ Other: _____

☐ PSA  ☐ FINANCIAL  ☐ READY
DOCKETED ON CM  MAY 19 2006  BY___

cc: AUSA, Defendant's counsel
☑ PSALA, ☐ PSASA, ☐ PSAED, ☐ USPO
ORIGINAL - WHITE COPY    PINK - PIA CLERK    YELLOW - STATS    GREEN - CRD

Deputy Clerk Initials: SP

M-5 (11/04)    CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE    Page 1 of 1
G:PO   U.S. GPO: 2005-785-504/39158

I hereby attest and certify on 5/19/06 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
1161
MAY 16 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  DEBRA WONG YANG
   United States Attorney
2  THOMAS P. O'BRIEN
   Assistant United States Attorney
3  Chief, Criminal Division
   LAMAR W. BAKER (Cal. Bar No. 218813)
4  Assistant United States Attorney
        1200 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-0627
        Facsimile: (213) 894-0141
7       lamar.baker@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

              UNITED STATES DISTRICT COURT

           FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )  Case No. 06-952M
                                 )
        Plaintiff,                )  GOVERNMENT'S NOTICE OF REQUEST
                                 )  FOR DETENTION
        v.                       )
                                 )
JAIME MICOLTA-HURTADO,            )
                                 )
        Defendant.                )
                                 )

        Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

        ____  1.  <u>Temporary 10-day Detention Requested (§ 3142(d)) on the following grounds</u>:

              ____  a.  offense committed while defendant was on release pending (felony trial), (sentencing) (appeal) or on (probation) (parole);

              ____  b.  alien not lawfully admitted for permanent residence;

DOCKETED ON CM
MAY 19 2006
BY _____  179

1             _____     c.  flight risk;

2             _____     d.  danger to community.

3    _X_    2.    <u>Pretrial Detention Requested (§ 3142(e)) because no</u>

4                   <u>condition or combination of conditions will</u>

5                   <u>reasonably assure against</u>:

6            _X_     a.  danger to any other person or the community;

7            _X_     b.  flight.

8         _____   3.    <u>Detention Requested Pending Supervised</u>

9                   <u>Release/Probation Revocation Hearing (Rules</u>

10                  <u>32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a))</u>:

11            _____    a.  Defendant cannot establish by clear and

12                       convincing evidence that he/she will not pose a

13                       danger to any other person or to the community;

14           _____    b.  Defendant cannot establish by clear and

15                       convincing evidence that he/she will not flee.

16    _X_    4.    <u>Presumptions Applicable to Pretrial Detention (18</u>

17                   <u>U.S.C. § 3142(e))</u>:

18            _X_     a.  Title 21 or Maritime Drug Law Enforcement Act

19                      ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense

20                      with 10-year or greater maximum penalty

21                      (presumption of danger to community and flight

22                      risk);

23           _____    b.  offense under 18 U.S.C. § 924(c) (firearm

24                      used/carried/possessed during/in relation to/in

25                      furtherance of crime), § 956(a), or § 2332b

26                      (presumption of danger to community and flight

27                      risk);

28

|     |     |    |                                                                 |
|-----|-----|----|-----------------------------------------------------------------|
| 1   | ___ | c. | offense involving a minor victim under 18 U.S.C.                |
| 2   |     |    | §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245,                    |
| 3   |     |    | 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-                    |
| 4   |     |    | 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425                     |
| 5   |     |    | (presumption of danger to community and flight                  |
| 6   |     |    | risk);                                                          |
| 7   | ___ | d. | defendant currently charged with (I) crime of                   |
| 8   |     |    | violence, (II) offense with maximum sentence of                 |
| 9   |     |    | life imprisonment or death, (III) Title 21 or                   |
| 10  |     |    | MDLEA offense with 10-year or greater maximum                   |
| 11  |     |    | sentence, or (IV) any felony if defendant                       |
| 12  |     |    | previously convicted of two or more offenses                    |
| 13  |     |    | described in I, II, or III, or two or more state                |
| 14  |     |    | or local offenses that would qualify under I,                   |
| 15  |     |    | II, or III if federal jurisdiction were present,                |
| 16  |     |    | or a combination of such offenses, AND defendant                |
| 17  |     |    | was previously convicted of a crime listed in I,                |
| 18  |     |    | II, or III committed while on release pending                   |
| 19  |     |    | trial, AND the current offense was committed                    |
| 20  |     |    | within five years of conviction or release from                 |
| 21  |     |    | prison on the above-described previous                          |
| 22  |     |    | conviction (presumption of danger to community).                |
| 23  | _X_ | 5. | Government Is Entitled to Detention Hearing Under §             |
| 24  |     |    | 3142(f) If the Case Involves:                                   |
| 25  | ___ | a. | a crime of violence (as defined in 18 U.S.C. §                  |
| 26  |     |    | 3156(a)(4));                                                    |
| 27  | _X_ | b. | an offense for which maximum sentence is life                   |
| 28  |     |    | imprisonment or death;                                          |

3

|   |   |   |   |
|---|---|---|---|
| | _X_ | c. | Title 21 or MDLEA offense with maximum sentence of ten years or more; |
| | ___ | d. | instant offense is felony and defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present; |
| | _X_ | e. | serious risk defendant will flee; |
| | ___ | f. | serious risk defendant will (obstruct or attempt to obstruct justice) (threaten, injure, or intimidate witness or juror, or attempt to do so). |

___ 6. Government requests continuance of ___ days for detention hearing based upon the following reason:

_____

_____

___ 7. Good cause for continuance in excess of three days exists in that:

_____

_____

DATED: May 16, 2006          Respectfully submitted,

DEBRA WONG YANG
United States Attorney

_/s/ Lamar W. Baker_

LAMAR W. BAKER
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

4

I hereby attest and certify on 5/19/06 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
MAY 16 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DOCKETED ON CM
MAY 19 2006
BY _____
179

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 06-952m |
| Plaintiff, | ) |
| v. | ) ORDER OF DETENTION AFTER HEARING |
| Jaime Micolta Hurtado | ) (18 U.S.C. § 3142(i)) |
| Defendant. | ) |

I.

A. ( ✗ ) On motion of the Government involving an alleged

   1. ( ) crime of violence;

   2. ( ) offense with maximum sentence of life imprisonment or death;

   3. ( ✗ ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.../955a);

   4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

   1. ( ) serious risk defendant will flee;

   2. ( ) serious risk defendant will

     a. ( ) obstruct or attempt to obstruct justice;

     b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

///

II.

The Court finds *on the present record that* no condition or combination of conditions will reasonable assure:

A. (✓) appearance of defendant as required; and/or

B. (✓) safety of any person or the community;

III.

The Court has considered:

A. (✓) the nature and circumstances of the offense;

B. (✓) the weight of evidence against the defendant;

C. (✓) the history and characteristics of the defendant;

D. (✓) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because:

*nature of alleged offense*

B. (✓) History and characteristics indicate a serious risk that defendant will flee because:

*ties to foreign country; severity of potential punishment; lack of bail resources*

C. ( ) A serious risk exists that defendant will:

   1. ( ) obstruct or attempt to obstruct justice;

  2. ( )  threaten, injure or intimidate a witness/ juror; because:

_____

_____

_____

_____

_____

_____

  D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

IT IS ORDERED *without prejudice* that defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or person held pending appeal.

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

Dated: 5/16/06       [signature]

             U.S. Magistrate Judge / District Judge

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

Name & Address 5/19/06
I hereby attest and certify on 5/19/06
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
MAY 16 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America

PLAINTIFF(S)

v.

Jaime Micolta Hurtado

DEFENDANT(S).

CASE NUMBER
06-952m

FINAL COMMITMENT AND WARRANT OF REMOVAL

_____ District of Columbia

At _____
         (City)

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:
☐ filing of a complaint before a U.S. Magistrate Judge
☐ an indictment by a Grand Jury
☑ a bench warrant issued by a U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that on or about February 22, 2006, in the District of Origin, the defendant did:
Conspire to transport in excess of 5 kilograms Cocaine into United States

in violation of Title(s) 21, U.S.C., Section(s) 963, 952, 959(a), 853, 970
                        18                                 2

The defendant has now:
☑ duly waived identity hearing before me on 5/16/06.
☐ duly waived preliminary examination before me on _____.
☐ had a hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ had a hearing before me on _____, and it appears that the defendant is the person named as charged, and:
  ☐ Bail has been set at $_____ but has not been posted.
  ☐ No bail has been set.
  ☑ Permanent detention has been ordered.
  ☐ Temporary detention has been ordered.

5/16/06
Date

_____
United States Magistrate Judge

============================================================================
**RETURN**

Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

_____                    _____
Date                       Deputy

M-15 (08/99)    FINAL COMMITMENT AND WARRANT OF REMOVAL

DOCKETED ON CM
MAY 19 2006
BY ___
179

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

I hereby attest and certify on 5/19/06
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, PLAINTIFF
v.
Jaime Medina Hurtado, DEFENDANT.

CASE NUMBER: 06-952

FILED
CLERK, U.S. DISTRICT COURT
MAY 16 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**WAIVER OF RIGHTS**
**(OUT OF DISTRICT CASES)**

I understand that charges are pending in the District of Columbia alleging violation of _____ (Title and Section / Probation / Supervised Release) and that I have been arrested in this district and taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1) have an identity hearing to determine whether I am the person named in the charges;
(2) receive a copy of the charge(s) against me;

*-Check one only-*

☒ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☒ have an identity hearing
☒ receive a copy of the charges(s) against me
☐ have a preliminary examination
☐ have an identity hearing, and I have been informed that I have no right to a preliminary examination
☒ have an identity hearing, but I request that a preliminary examination be held in the prosecuting district

_____
Defendant

_____
Defense Counsel

Date: 5/16/06

_____
United States Magistrate Judge

DOCKETED ON CM
MAY 19 2006
BY _____ 179

M-14 (03/03)   WAIVER OF RIGHTS (OUT OF DISTRICT CASES)