SEALED

# WARRANT FOR ARREST

CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-316 | MAGIS. NO: |
| V. Pablo Rayo Montano ak/a "Pablo Joaquin Rayo-Montano" | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED Jaime Micolta Hurtado #4 DOB: Unknown California, USA | FILED JUN 0 6 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| DOB:        PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST | |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO IMPORT FIVE KILOGRAMS OR MORE COCAINE INTO THE UNITED STATES;

DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WILL BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

AIDING AND ABETTING;

FORFEITURE

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 21:963, 952 and 959(a); 18:2; 21:853 and 970 |
|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |

| ORDERED BY: Kay MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE) Alan Kay U.S. MAGISTRATE JUDGE DEBORAH A. ROBINSON | DATE ISSUED: 2/22/06 |
|---|---|---|
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: FEB 2 2 2006 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 2-22-06 | NAME AND TITLE OF ARRESTING OFFICER SEAN M LEON SDUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 6-6-06 | | |