# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. No. 05-316 (ESH) |
| ) | **UNDER SEAL** |
| JAIME MICOLTA HURTADO, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S UNOPPOSED MOTION TO IMPOSE MEDICAL ALERT AND TRANSFER TO CENTRAL DETENTION FACILITY (CTF).

Defendant, Jaime Micolta Hurtado, through undersigned counsel and in accordance with the oral motion made in open Court on June 16, 2006, respectfully moves this Honorable Court to order that a medical alert be placed and that he be transferred from the DC Jail to the Central Treatment Facility, or CTF.

As stated in open court, Mr. Hurtado recently suffered a significant injury to his skull. As a result of the cranial injury, Mr. Hurtado was receiving medical treatment until his arrest on June 6, 2006. Since his placement at DC Jail, Mr. Hurtado has received no treatment for his injury.

In light of his health condition and need for treatment, Mr. Hurtado requests that a medical alert be issued and that he be transferred to CTF.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____/s/_____
LARA G. QUINT
Assistant Federal Public Defender
625 Indiana Avenue, NW
Washington, DC 20001
(202) 208-7500