THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. No. 05-316 (ESH) |
| ) | |
| ) | **UNDER SEAL** |
| JAIME MICOLTA HURTADO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of defendant's Unopposed Motion to Impose Medical Alert and Transfer, it is by the Court hereby

ORDERED that the motion is GRANTED, that a medical alert be issued for Mr. Hurtado and that Mr. Hurtado be transferred forthwith to CTF.

_____    _____
Date                                    THE HONORABLE ELLEN S. HUVELLE
                                        UNITED STATES DISTRICT JUDGE

Copies to:

Paul Laymon, USDOJ
Lara Quint, AFPD