UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JAIME MICOTTA HURTADO,

    Defendant.

Cr. No. 05-316-04 (ESH/JMF)

### DETENTION ORDER

The government having moved for the defendant's detention, and there being no objection thereto, **IT IS ORDERED** that the motion is granted and that the defendant is detained pending trial.

_____
**JOHN M. FACCIOLA**
**UNITED STATES MAGISTRATE JUDGE**

**June 29, 2006**