UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 05-316(ESH) |
| ) | (FILE UNDER SEAL) |
| JAIME MICOLTA-HURTADO ) | |

### DEFENDANT'S MOTION FOR A MEDICAL EXAMINATION ORDER

Undersigned counsel, for Jaime Micolta-Hurtado, moves the Court to Order the Central Treatment Facility (CCA), to have the defendant examined by an Ophthalmologist and that he be provided with prescription glasses.

As grounds for the Motion undersigned counsel states:

1.	Mr. Micolta-Hurtado is before the Court charged with Conspiracy to Import Cocaine and Conspiracy to Manufacture and Distribute Cocaine in violation of 21 U.S.C. § 952, § 959, § 960.

2.	Mr. Micolta-Hurtado has been detained in the District of Columbia since June 5, 2006 when he appeared in Magistrate Court for his initial appearance.

3.	Prior to his incarceration Mr. Micolta-Hurtado wore prescription glasses. When he was arrested Mr. Micolta-Hurtado was not allowed to keep his prescription glasses. While he has been detained at the Central Treatment Facility Mr. Micolta-Hurtado has placed numerous requests to be seen examined by an ophthalmologist so that he could be provided with prescription glasses. The medical personnel have not responded to Mr. Micolta-Hurtado's patient and repeated requests.

4.	Attached to this Motion is the proposed order that the Court requested during the Status Conference held on Tuesday, October 3, 2006.

Wherefore undersigned counsel moves the Court to sign the proposed order requesting that the Medical Staff of the Central Treatment Facility (CCA) arrange for Mr. Micolta-Hurtado to be examined by an ophthalmologist.

Respectfully submitted,

_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., NW
Washington, D.C. 2009

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing Motion has been served on counsel for the government, Paul W. Laymon on this the 4th day of October by first class postal delivery to the Department of Justice, Narcotics and Dangerous Drug Section at 1400 New York Avenue, Washington, D.C. 2005

/s/
Carlos J. Vanegas