UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 0 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 005-316-(ESH) |
| ) | (FILE UNDER SEAL) |
| JAIME MICOLTA-HURTADO ) | |

## ORDER

Upon consideration of the defendant's Motion for an Order that he be examined by an Ophthalmologist and that be provided with prescription glasses it is hereby

**ORDERED** that defendant's motion is granted; and it is

**FURTHER ORDERED** that the Medical Staff of the Central Treatment Facility (CCA) arrange for Jaime Micolta-Hurtado (DCDC 310 621) to be examined by an Ophthalmologist.

SO ORDERED

10/5/06
DATE

ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE

cc: Central Treatment Facility (CCA)
Warden's Office & Medical Unit
Fax No. 698-3301
1901 E Street, S.E.
Washington, D.C. 20003

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Paul W. Laymon
Trial Attorney, Narcotics and Dangerous Drug Section
1400 New York Ave., N.W.
Washington, D.C. 20005