February 26, 2007

Jaime Micolta Hurtado
C.T.F./C.C.A. ID # 310621
1901 E. Street, S.E.
Washington, D.C. 2003

**FILED**

MAR 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: Ineffective Legal Assistance
   Crim. Case No. 05-316

To: The Honorable Judge: Ellen Segal Huvelle
   E. Barbert Pretty Man Courthouse
   333 Constitution Avenue, N.W.
   Washington, D.C. 2001

   Your Honor, the reason I am writing this is because I would like to bring to your kind attention these legal issues that I have been having with my counsel Mr. J. Vanegas. I have no resolved these issues with him; therefore, I do not have another choice but to seek for your intervention in this important matter.

First:  Lack of Effective Legal Assistance:

   Six months after I had been incarcerated I received my indictment in English, and I have been requesting my counsel, to provide me of this accusation in Spanish. The reason why I need this is because I am Hispanic and I do not understand English very well. To date, I have not received my requested indictment in Spanish.

Second: Discovery Dispute:

   As the same manner this defendant is been requesting the Discovery so I could be prepared for my defense at trial, also I believe the defendant has the right to his/her discovery at the right time in order to be prepared.

Third: Tape Recording Evidence:

   Additionally I have been requesting from my counsel this important evidence. I would like to hear what it is said in those tapes, which allegedly are cell phones conversation recorded by the DEA. I have not received the tapes, a request made by me to my counsel four months ago, October 2006.

Four: Motion for Lack of Venue.

   I requested to my counsel to file this motion with the court, but he did not file as of this date. I requested this motion mid. January 2007.

      Your Honor, as you know, the information and accusations the government have against me are very important to me to know. Therefore, I could better prepare myself for my defense at trial.

      For all the foregoing reasons, this defendant respectfully request to this court to dismiss my counsel Mr. Carlos J. Vanegas and to grant me a new counsel to be represented appropriately to communicate freely without dispute and to prepare me and my case for trial on time.

      Respectfully Submitted;

Jaime Micolta Hurtado
Defendant.