UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 05-316(ESH) |
| ) | |
| JAIME MICOLTA-HURTADO ) | |

## ORDER

Upon consideration of the Defendant's Motion for a Bill of Particulars and good cause having been shown therefore;

IT IS HEREBY ORDERED this _____ day of _____, 2007 that the government shall provide defendant's counsel with the information specified in defendant's motion.

**SO ORDERED**

_____                           _____
DATE                                   ELLEN S. HUVELLE
                                       UNITED STATES DISTRICT JUDGE

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Paul W. Laymon
Trial Attorney, Narcotics and Dangerous Drug Section
1400 New York Ave., N.W.
Washington, D.C. 20005