FILED
MAR 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

UNITED STATES

v.                                        Criminal No. 05-316 (ESH)

Jaime Micolta

### RESPONSE TO MOTION FOR BILL OF PARTICULARS

Comes the United States through Kenneth A. Blanco, Chief, Narcotic and Dangerous Drug Section, Department of Justice, and Paul W. Laymon, Trial Attorney, Narcotic and Dangerous Drug Section, and responds to the motion for a bill of particulars.

Defendant was indicted for conspiring to import more than five kilograms of cocaine into the United States. The indictment alleges that this defendant and other named defendants conspired between 1990 to the date of the indictment to import more than five kilograms of cocaine into the United States from Colombia, Panama, and elsewhere. The government has provided defense counsel with a fairly large amount of discovery. In addition, the government has advised defense counsel that much of defendant's criminal conduct occurred in the Panama phase of the conspiracy, when defendant and the head of the drug trafficking organization, Pablo Rayo Montauo, both lived in Panama in the late 1990's and early 2000's. Defendant has filed a lengthy motion for a bill of particulars.

RECEIVED
MAR 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

A bill of particulars is used to ensure the charges are stated with enough precision to allow the defendant to understand the charges, to prepare a defense, and to protect against retrial on the same charges. *United States v. Butler*, 822 F.2d 1191, 1193 (D.C.Cir. 1987).

Here the indictment identified the object of the conspiracy, provided a time period for the conspiracy, identified the statutes violated, identified the codefendants, identified the mens rea required under the law, and identified the countries where the conspirators acted. Although the indictment contained no overt acts, none are required by the statute. *United States v. Mejia*, 448 F.3d 436, 445 (D.C.Cir. 2006). Facing an indictment similar to the one in the instant case, the defendant in *Mejia* filed a request for a bill of particulars. The district court refused to order the government to respond to the request, found the Indictment sufficiently apprised and protected the defendants, and on appeal the appellate court agreed. *Id.* at 445-446. As in *Mejia*, the indictment and the discovery together ensure that the defendants understand the charges, can prepare for trial, and are protected against retrial on the same charges.

Accordingly, the motion for a bill of particulars should be denied.

Respectfully submitted,

Paul W. Laymon
Trial Attorney
Narcotic and Dangerous Drugs
Department of Justice
1400 New York Avenue, NW
Washington, DC 20005
Phone     202- 514-1286
Facsimile 202- 514-1483

## CERTIFICATE OF SERVICE

I certify that a copy of this response was sent via e-mail and facsimile to Heather Shaner, attorney for the defendant, on this 20th day of March 2007.

Paul W. Laymon