UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) | Crim. No. 05-316(ESH) |
| JAIME MICOLTA-HURTADO | ) ) ) ) | |

## ORDER

Upon consideration of the Defendant's Motion To Compel Discovery and good cause having been shown;

IT IS HEREBY ORDERED this _____ day of _____, 2007 that the government shall provide defendant's counsel with the information specified in defendant's Discovery Letter and in the Motion for a Bill of Particulars.

**SO ORDERED**

_____                                              _____
DATE                                                              ELLEN S. HUVELLE
                                                                        UNITED STATES DISTRICT JUDGE


Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Paul W. Laymon
Trial Attorney, Narcotics and Dangerous Drug Section
1400 New York Ave., N.W.
Washington, D.C. 20005