UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Crim. No. 05-316 (ESH) |
| ) | |
| JAIME MICOLTA HURTADO ) | |
| ) | |
| and ) | |
| ) | |
| SARA MARITZA RAYO ) | |

**ORDER**

Upon consideration of the "Government's Motion Under The Speedy Trial Act To Exclude Time"and Defendant's Response Thereto, the Court hereby **ORDERS** that the government's motion is **GRANTED**.

1. The Court **FINDS,** pursuant to 18 U.S.C. §3161(h)(7), that the period of time from May 16, 2006 until the time co-defendant Sara Maritza Rayo was extradited to the U.S. and available for trial should be excluded. Further, the court finds that a reasonable period of delay, when the defendants Jaime Micolta Hurtado and Sara Maritza Rayo are joined for trial with a co-defendant as to whom the time for trial has not run, shall be excluded in computing the time within which the trial must commence. The court finds that an additional six months, from the date of this order, is a reasonable period of delay.

2. The Court **FINDS**, pursuant to 18 U.S.C. §3161(h)(8)(A), and 18 U.S.C. §3161(h)(8)(B)(i) and (ii), that the ends of justice served by granting the government's

      motion outweigh the best interest of the public and the defendant in a speedy trial. The reason for finding that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial is based upon the nature of the case, that is, the case is an international drug conspiracy case involving multiple defendants and evidence from several countries.

3. Pursuant to 18 U.S.C. §3161(h)(9), the Court **FINDS**, by a preponderance of the evidence, that the United States has made an official request, as defined in 18 U.S.C. §3292, for evidence of the offense charged in the indictment from Brazil and Colombia, and that it reasonably appears that such evidence is in those nations. In computing the time within which the trial must commence, the period of time from the filing of the government's motion to six months therefrom shall be excluded pursuant to 18 U.S.C. §3161(h)(9) with the right of the government to apply for an additional delay if necessary.

DATE: _____

                                          _____
                                          JUDGE
                                          UNITED STATES DISTRICT COURT