UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) | Crim. No. 05-316(ESH) |
| JAIME MICOLTA-HURTADO | ) ) ) ) | |

**DEFENDANT'S MOTION FOR A MEDICAL EXAMINATION**

Undersigned counsel, for Jaime Micolta-Hurtado, moves the Court to Order the Medical Staff of Central Treatment Facility (CCA), to conduct a full medical examination of the defendant.

As grounds for the Motion undersigned counsel states:

1. Mr. Micolta-Hurtado is before the Court charged with Conspiracy to Import Cocaine and Conspiracy to Manufacture and Distribute Cocaine in violation of 21 U.S.C. § 952, § 959, § 960.

2. Mr. Micolta-Hurtado has been detained in the District of Columbia since his initial appearance in Magistrate Court on June 5, 2006.

3. Before his incarceration Mr. Micolta-Hurtado took medication for various ailments, including paralysis and degeneration of his shoulder muscles. These symptoms are partly a result of a spinal surgery procedure. Mr. Micolta-Hurtado has submitted numerous requests for a medical evaluation to address the symptoms relating to his surgery. Mr. Micolta-Hurtado is still waiting for a medical examination.

4. During the Status Conference held on June 19, 2007 undersigned counsel alerted the Court to Mr. Micolta-Hurtado's medical condition. Counsel also requested a Court Order to expedite a medical evaluation. Attached to this Motion is the proposed order requesting that the

Central Treatment Facility's medical staff examine Mr. Micolta-Hurtado.

Wherefore undersigned counsel moves the Court to sign the proposed order requesting that the Medical Staff of the Central Treatment Facility (CCA) examine Mr. Micolta-Hurtado.

Respectfully submitted,

_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., NW
Washington, D.C. 2009