UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 25 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
v. ) Crim. No. 005-316-(ESH)
)
JAIME MICOLTA-HURTADO )

## ORDER

Upon consideration of the defendant's Motion for an Order requesting a medical and/or physical evaluation by the Central Treatment Facility Medical Staff, it is hereby

**ORDERED** that defendant's motion is granted; and it is

**FURTHER ORDERED** that the Medical Staff of the Central Treatment Facility (CCA) examine Jaime Micolta-Hurtado (DCDC 310 621)

SO ORDERED

6/25/07
DATE

Ellen S Huvck
ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE

Central Treatment Facility (CCA)
Warden's Office & Medical Unit
Fax No. 698-3301
1901 E Street, S.E.
Washington, D.C. 20003

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Paul W. Laymon
Trial Attorney, Narcotics and Dangerous Drug Section
1400 New York Ave., N.W.
Washington, D.C. 20005