UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 19 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 05-00316 (ESH) |
| PABLO RAYO MONTANO, *et al.*, | ) |
| Defendants. | ) |

### ORDER

Based on the status conference conducted the date of this Order, and for the reasons stated in open court, the Court hereby rules as follows:

1. Defendant Sara Maritzo Rayo's oral motion to adopt the motions filed by defendant Jaime Micolta Hurtado is **GRANTED**.

2. Defendants' "Motion for Bill of Particulars" [Dkt. 21] is **GRANTED IN PART**. By August 20, 2007, the government shall provide details of each defendant's role in the alleged conspiracy, including the dates of their alleged involvement, the identity of their alleged coconspirators, and the overt acts committed by them.

3. Defendants' unopposed "Motion to Compel Discovery" [Dkt. 24] is **GRANTED**. By August 20, 2007, the government shall provide each defendant with Rule 16 discovery.

4. On or before August 20, 2007, the government shall file a supplemental memorandum in support of its "Motion under the Speedy Trial Act to Exclude Time" [Dkt. 25]. Defendants may respond to the government's supplemental memorandum on or before September 4, 2007.

A further status conference is set for September 20, 2007, at 2:00 p.m.

_/s/ Ellen S. Huvelle_
ELLEN SEGAL HUVELLE
United States District Judge

Date: June 19, 2007