UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Crim. No. 05-316 (ESH) |
| | ) | |
| PABLO RAYO MONTANO | ) | |
| et al. | ) | |

**ORDER**

Upon consideration of the "Government's Motion Under The Speedy Trial Act To Exclude Time"and Defendant's Response Thereto, the Court hereby **ORDERS** that the government's motion is **GRANTED**.

1. The Court **FINDS,** pursuant to 18 U.S.C. §3161(h)(7), that the period of time from May 16, 2006 until the time co-defendants Sara Maritza Rayo, Viviana Buitrago Paz, and Juan Carolos Gomex were extradited to the U.S. and available for trial should be excluded. Further, the court finds that a reasonable period of delay, when the defendants Jaime Micolta Hurtado, Sara Maritza Rayo, Viviana Buitrago Paz, and Juan Carlos Gomez are joined for trial with a co-defendant as to whom the time for trial has not run, shall be excluded in computing the time within which the trial must commence. The court finds that an additional \_\_\_\_\_ months, from the date of this order, is a reasonable period of delay.

2. The Court **FINDS**, pursuant to 18 U.S.C. §3161(h)(8)(A), and 18 U.S.C. §3161(h)(8)(B)(i) and (ii), that the ends of justice served by granting the government's motion outweigh the best interest of the public and the defendant in a speedy trial. The

reason for finding that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial is based upon the nature of the case, that is, the case is a complex case of an international drug conspiracy case involving multiple defendants and evidence in several countries.

DATE: _____

_____
 JUDGE
UNITED STATES DISTRICT COURT