UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) | |
| v. | ) ) | Crim. No. 05-316(ESH) |
| JAIME MICOLTA-HURTADO | ) ) ) ) | |

**DEFENDANT'S MOTION FOR LEAVE TO LATE FILE
HIS OPPOSITION TO THE GOVERNMENT'S REQUEST
TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

Defendant Jaime Micolta-Hurtado, through undersigned counsel, respectfully moves this Court to grant his request for Leave to Late File his Opposition to the Government's Motion to Exclude Time Under the Speedy Trial Act.

As grounds for the request undersigned counsel states.

1. On August 20, 2007 the Government filed a Supplemental Motion to Exclude Time under the Speedy Trial Act. Undersigned counsel had to submit his response by Tuesday, September 4, 2007. Upon receiving the Supplement and the Government's response to the Bill of Particulars, undersigned counsel translated the documents and mailed them to Mr. Micolta-Hurtado.

2. However, counsel had made plans to leave the jurisdiction and was unable to meet with Mr. Micolta-Hurtado to review and discuss the government's filings until last week.

3 Per Mr. Micolta-Hurtado's instructions counsel is requesting that he be permitted to Late File his opposition to the Government's Motion to Exclude Time under the Speedy Trial Act.

4.     Counsel apologizes to the Court for any inconvenience caused by the filing of this motion for leave to late file.

WHEREFORE, undersigned counsel respectfully requests that the Court grant his Motion for Leave to Late file his Opposition to the Government's Motion to Exclude Time under the Speedy Trial Act.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500