UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | )  |  |
|---|---|---|
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Crim. No. 05-316(ESH) |
| | ) | |
| **JAIME MICOLTA-HURTADO** | ) | |
| | ) | |

**ORDER**

Upon consideration of the Defendant's Motion for Leave to Late File his Opposition to the Government's Request to Exclude Time under the Speedy Trial Act, it is hereby

**ORDERED** that defendant's motion is granted; and it is

**SO ORDERED**

_____                                    _____
DATE                                          ELLEN S. HUVELLE
                                              UNITED STATES DISTRICT JUDGE

Carlos J. Vanegas
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Paul Laymon
Wanda Dixon
Trial Attorney
Department of Justice
Narcotics and Dangerous Drug Section
1400 New York Ave., N.W.
Washington, D.C. 20005