UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Crim. No. 05-316 (ESH) |
| ) | |
| PABLO RAYO MONTANO et al ) | |
| ) | |

**MOTION FOR ADDITIONAL TIME TO COMPLETE TRANSCRIPTS**

**COMES NOW** the United States of America, and requests additional time to complete the transcripts of intercepted telephone calls involving the defendants.

At the last status conference six weeks ago, the court asked the government how much time it needed to complete the transcripts of the intercepted calls. The government responded that it believed the transcripts could be prepared in six weeks, so the court gave the government until November 1, 2007 to complete them. In the interim, the government has received more intercepted calls and now realizes it will take longer to have all the transcripts completed. The government would ask for an additional three weeks, but believes it can begin to turn over some of the transcripts on a rolling basis within the next 10 days.

Respectfully submitted,

___/s/_____
Paul W. Laymon
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division, Department of Justice
Washington, DC 20005
(202) 514-1286

1

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing motion was served on defense counsel on November 1, 2007.

_____
Paul Laymon
Trial Attorney, DOJ

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Crim. No. 05-316 (ESH) |

|   |   |
|---|---|
| PABLO RAYO MONTANO et al | )<br>)<br>) |

**ORDER**

Upon consideration of the "Government's Motion Under The Speedy Trial Act To Exclude Time" and Defendant's Response Thereto, the Court hereby **ORDERS** that the government's motion is **GRANTED**.

1. The Court **FINDS,** pursuant to 18 U.S.C. §3161(h)(7), that the period of time from the date of this order until the time the co-defendants are extradited to the U.S. and available for trial should be excluded.

2. The Court **FINDS**, pursuant to 18 U.S.C. §3161(h)(8)(A), and 18 U.S.C. §3161(h)(8)(B)(i) and (ii), that the ends of justice served by granting the government's motion outweigh the best interest of the public and the defendant in a speedy trial. The reason for finding that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial is based upon the nature of the case, that is, the case is an international drug conspiracy case involving multiple defendants and evidence from several countries.

3. Pursuant to 18 U.S.C. §3161(h)(9), the Court **FINDS**, by a preponderance of the evidence, that the United States will make an official request, as defined in 18 U.S.C. §3292, for evidence of the offense charged in the indictment from Brazil, Colombia, and Panama, and that it reasonably appears that such evidence is in those nations. In computing the time within which the trial must commence, the period of time from the

filing of the government's motion to six months therefrom shall be excluded pursuant to 18 U.S.C. §3161(h)(9) with the right of the government to apply for an additional six months if necessary.

DATE: _____

                                                                                                 _____
                                                                                                 JUDGE
                                                                                                 UNITED STATES DISTRICT COURT