UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JAIME MICOLTA-HURTADO )<br>) | Crim. No. 05-316(ESH) |

**MOTION TO WITHDRAW AS COUNSEL**

Undersigned Counsel respectfully moves the Court for leave to withdraw as counsel for the defendant, Jaime Micolta-Hurtado and as grounds states:

1. Mr. Micolta-Hurtado is before the Court charged in a one count indictment with conspiracy to import 5 kilograms or more of cocaine and conspiracy to manufacture and distribute 5 kilograms or more of cocaine intending and knowing that it would be imported to the United States in violation of 21 U.S.C. §952, §959, §960, and §963.

2. Undersigned counsel has represented Mr. Micolta-Hurtado since June 16, 2006 when he appeared before the Court for his first Status Conference.

3. Throughout the 18 months of representing Mr. Micolta-Hurtado there have been instances when the attorney client relationship has deteriorated. In fact, Mr. Micolta-Hurtado wrote a letter to the Court on February 28, 2007 requesting for a change of counsel.

4. Unfortunately, the relationship between undersigned and Mr. Micolta-Hurtado, has soured once again. Mr. Micolta-Hurtado indicated to counsel that he is dissatisfied with counsel's representation and services in this matter and requested on Sunday, December 2, 2007 that counsel

1

file the instant motion for change of representation.  In light of the complete break down of the attorney-client relationship, undersigned counsel moves the Court to assign new counsel for Mr. Micolta-Hurtado.

Wherefore, for the foregoing reasons, undersigned counsel respectfully moves for leave to withdraw as counsel for Mr. Micolta-Hurtado in this case.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500