UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) | Crim. No. 05-316(ESH) |
| JAIME MICOLTA-HURTADO | ) ) ) ) | |

**ORDER**

Upon the request of Assistant Federal Public Defender Carlos J. Vanegas's, Motion to Withdraw as counsel for Jaime Micolta-Hurtado, it is this _____ day of December, 2007, hereby

**ORDERED**, that Carlos J. Vanegas is relieved of representing the defendant, Jaime Micolta-Hurtado, and it is further;

**ORDERED**, that substitute counsel shall be appointed;

_____                                          _____
DATE                                                           ELLEN S. HUVELLE
                                                                     UNITED STATES DISTRICT JUDGE


Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Paul W. Laymon
Trial Attorney, Narcotics and Dangerous Drug Section
1400 New York Ave., N.W.
Washington, D.C. 20005