UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 05-316(ESH) |
| ) | |
| JAIME MICOLTA-HURTADO ) | |

### ORDER

Upon the request of Assistant Federal Public Defender Carlos J. Vanegas's, Motion to Withdraw as counsel for Jaime Micolta-Hurtado, it is this 11 day of ~~December~~ January 2008, 2007, hereby

**ORDERED**, that Carlos J. Vanegas is relieved of representing the defendant, Jaime Micolta-Hurtado, and it is further;

**ORDERED**, that substitute counsel shall be appointed;

_____
DATE

*Ellen S Huvelle*
ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Paul W. Laymon
Trial Attorney, Narcotics and Dangerous Drug Section
1400 New York Ave., N.W.
Washington, D.C. 20005