UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| | :  Criminal No. 05-316 (ESH) |
| v. | : |
| | : |
| JAIME MICOLTA HURTADO | : |

### DEFENDANT'S NOTICE OF FILING

Defendant Jaime Micolta Hurtado ("Micolta Hurtado"), by and through undersigned counsel, respectfully requests that the attached Defendant's Request for Discovery be made part of the record in this case:

Dated: Washington, DC
         February 14, 2008

Respectfully submitted,

LAW OFFICE OF A. EDUARDO BALAREZO

By: _____
A. Eduardo Balarezo (D.C. Bar # 462659)
400 Fifth Street, NW
Suite 300
Washington, DC  20001

*Attorney for Defendant Jaime Micolta Hurtado*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of February 2008, I caused a true and correct copy of the foregoing Defendant's Notice of Filing and attached Request for Discovery to be delivered via Electronic Case Filing to:

Paul W. Laymon, Esq.
Trial Attorney
Department of Justice
1400 New York Avenue, NW
Washington, DC 20005

_____
A. Eduardo Balarezo