LAW OFFICE OF

# A. EDUARDO BALAREZO

400 FIFTH STREET, NW
SUITE 300
WASHINGTON, DC 20001

(202) 639-0999 (TEL)  
(202) 639-0899 (FAX)

ADMITTED IN DC, MD & NY  
LAWOFFICE@BALAREZO.NET

February 14, 2008

Paul W. Laymon, Esq.
Trial Attorney
Department of Justice
1400 New York Avenue, NW
Washington, DC 20005

      Re:    <u>United States v. Jaime Micolta Hurtado</u>
             Criminal No. 05-CR-316 (Huvelle)

Dear Mr. Laymon:

      As you are aware Judge Huvelle appointed me to represent Mr. Micolta Hurtado as substitute counsel. I have secured the file from my predecessor counsel and filed with the Court a discovery request on January 14, 2008 (Docket Entry # 83). As of the date of this letter I have not received a response to my request.

      I have reviewed the entire discovery that I have received from my predecessor and I am still in the dark as to why my client is charged in this conspiracy. Your various letters and pleadings make reference to judicially authorized wiretaps and voluminous documentary evidence such as real estate records. I have not been provided any of these materials. I am particularly interested in reviewing the affidavits that were used to obtain the wiretaps, the wiretaps themselves and any other discoverable material in your possession that relates to my client.

      Mr. Micolta-Hurtado has been in custody since May 2006. Trial is scheduled for four months from today and I find it disturbing that the government has not fully produced discovery. Please let me know by the hearing tomorrow whether you will provide me complete discovery without out having to request the Court's intervention.

      If you have any questions, please call me at 202-639-0999.

      Regards,

      A. Eduardo Balarezo