UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 05-CR-316 (ESH)** |
| | : | |
| **JAIME MICOLTA HURTADO** | : | |

## ORDER

Upon consideration of Defendant Micolta Hurtado's Motion to Disclose Identities of Each Confidential Informant and Witness Regardless of Whether They Will Testify and Incorporated Memorandum of Points and Authorities in Support Thereof, and any opposition, it is this _____ day of_____ 2008, hereby

**ORDERED**, that Defendant's Motion is **GRANTED**; and it is further

**ORDERED**, that the government shall disclose to the defense the names and other identifying information of witnesses from whom the government has obtained information regarding the Defendant.

_____
**ELLEN S. HUVELLE**
**UNITED STATES DISTRICT JUDGE**

Copies to:

A. Eduardo Balarezo, Esq.
400 Fifth Street, N.W. # 300
Washington, D.C. 20001

Paul W. Laymon, Esq.

Trial Attorney
Department of Justice
1400 New York Avenue, NW
Washington, DC 20005