UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 05-CR-316 (ESH) |
| | : | |
| JAIME MICOLTA HURTADO | : | |

**DEFENDANT MICOLTA HURTADO'S MOTION TO JOIN DEFENDANT GOMEZ' MOTION TO ENLARGE TIME IN WHICH TO FILE MOTIONS**

Defendant Jaime Micolta Hurtado ("Micolta Hurtado"), by and through undersigned counsel, respectfully moves the Court for leave to join Defendant Juan Carlos Gomez' Motion to Enlarge Time in Which to File Motions. In support of this motion, Mr. Micolta Hurtado states as follows:

1. Micolta Hurtado adopts the representations made by Gomez regarding the status of discovery. As the Court is aware, counsel was unexpectedly ill during the last status conference. Nevertheless, at the Court's direction, counsel contacted the government in an attempt to secure and review discovery the week of February 25. Unfortunately, AUSA Laymon informed counsel that he would be in trial for the week. Thus, the meeting could not be had.

2. In sum, there is no way Micolta Hurtado can file motions by February 28 when the government has not complied with discovery. Although counsel has secured Micolta Hurtado's file from predecessor counsel, he is aware that some material that is missing from that file. Counsel has served the government with at least two requests for discovery. The government has failed to respond to either.

3. The larger issue is that Micolta Hurtado has been in custody since May 2006 and it appears that almost two years later the government still has not provided complete discovery. With a trial scheduled for June, Micolta Hurtado is still in the dark not only about

what evidence the government will present against him and trial, but also about what motions he should file.

## CONCLUSION

WHEREFORE, for the foregoing reasons and any others that may become apparent to the Court, Micolta Hurtado respectfully requests that he be granted leave to join Gomez' Motion and that the time for filing motions in this case be enlarged until such time as the government has completed discovery.

Dated: Washington, DC
      February 26, 2008                              Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**

_____
A. Eduardo Balarezo (D.C. Bar No. 462659)
400 Fifth Street, N.W.
Suite 300
Washington, D.C. 20001
(202) 639-0999 (tel)
(202) 639-0899 (fax)

*Attorney for Jaime Micolta Hurtado*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of February 2008 I caused a true and correct copy of the foregoing Defendant Micolta Hurtado's Motion to Join Co-Defendant Gomez' Motion to Enlarge Time in Which to File Motions to be delivered to the Parties in this case via Electronic Case Filing.

_____
A. Eduardo Balarezo