UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | **Criminal No. 05-CR-316 (ESH)** |
| : | |
| **JAIME MICOLTA HURTADO** : | |

**ORDER**

Upon consideration of Defendant Micolta Hurtado's Motion to Join Defendant Gomez' Motion to Enlarge Time in Which to File Motions, and any opposition, it is this _____ day of_____ 2008, hereby

**ORDERED**, that Defendant's Motion is **GRANTED**.

_____
**ELLEN S. HUVELLE**
**UNITED STATES DISTRICT JUDGE**