# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal No. 05-316 (ESH) |
| ) | |
| **JAIME MICOLTA HURTADO,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of Defendant Jaime Micolta Hurtado's motion for disclosure of the identities of the government's confidential informants and witnesses, regardless of whether the government intends to call them at trial, and the Government's opposition thereto, the following is hereby **ORDERED**:

1. Defendant's motion for disclosure of the government's non-testifying confidential informants and witnesses is **DENIED**; and

2. Defendant's request for early disclosure of the government's witness list is **DENIED**, and the Government shall have until _____, 2008, to provide its witness list to Defendant.

_____
ELLEN S. HUVELLE
United States District Court Judge
for the District of Columbia

Copies to:

Paul Laymon
Donnell W. Turner
Narcotic and Dangerous Drug Section
United States Department of Justice
1400 New York Ave., N.W., 8th Floor
Washington, D.C.  20530

A. Eduardo Balerezo, Esq.
400 Fifth Street, N.W.
Suite 300
Washington, D.C.  20001