UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 05-316 (ESH) |
| ) | |
| JAIME MICOLTA HURTADO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION TO LATE-FILE OPPOSITION MOTION**

The United States, by and through its attorney, the Narcotic and Dangerous Drug Section of the United States Department of Justice, Criminal Division ("United States" or "government"), respectfully moves the Court for an Order permitting it to late-fail its Opposition to Defendant Jaime Micolta Hurtado's Motion for Disclosure of the Identities of the Government's Confidential Informants and Witnesses Regardless of Whether They Will Be Called at Trial. See Fed. R. Crim. P. 45 (b)(1)(B). In support of its motion, the undersigned submits that he initially mistakenly believed that the Defendant's motion had been filed on February 15, 2008, rather than February 14, 2008, and that the Court had initially ordered that the government's response be due within ten days. Consequently, the undersigned relied upon Rule 45(a)(2) of the Federal Rules of Criminal Procedure, which provides that in computing time, periods of less than 11 days should exclude "intermediate Saturdays, Sundays, and legal holidays." Thus, the undersigned calculated that its response to the Defendant's motion was due on February 29, 2008. Later, however, the undersigned realized that it had 11 days to respond to the motion, therefore Rule 45(a)(2) did not apply. Further, yesterday, the undersigned contacted the Court and counsel for the Defendant and advised each that the

government had missed its deadline and needed to file leave to late-file the response. Counsel for the defendant informed the government that he does not oppose the motion to late-file the government's response. Presently, the Court has set a status hearing in the case. The late-filing of the government's response should not affect this date. The undersigned further notes that the instant motion does not require an evidentiary hearing.

WHEREFORE, for the reasons stated above, the United States respectfully requests that it be permitted to late-file its response to defendant's motion for disclosure of the government's non-testifying confidential informants.

Respectfully submitted

KENNETH A. BLANCO, Chief
Narcotic and Dangerous Drug Section

/s/ *Donnell W. Turner*

By: _____
Donnell W. Turner, Maryland Bar
Trial Attorney
Narcotic and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, N.W., 8th Floor
Washington, D.C. 20530
(202) 307-5977
Donnell.Turner@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing motion to be served by the Electronic Case Filing system, on counsel for the defendant, A. Eduardo Balerezo, Esq., this 1st day of March, 2008.

/s/ *Donnell W. Turner*

_____
Donnell W. Turner