UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal No. 05-316 (ESH) |
| ) | |
| **JAIME MICOLTA HURTADO,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

Upon consideration of the Government's Motion to Late-File its Opposition to Defendant's Motion for Disclosure of the Government's Confidential Informants and Witnesses, Regardless of Whether They Will be Called Upon to Testify, and the Defendant's consent to this Motion, it is this _____ day of _____, 2008, hereby,

ORDERED, that the Government's Motion to Late-File is hereby GRANTED, and the Government has until March 1, 2008, to file its Opposition to Defendant's motion..

_____  _____
DATE                              ELLEN S. HUVELLE
                                  UNITED STATES DISTRICT JUDGE