UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 03 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )
    v.                             )   Criminal No. 05-316 (ESH)
                                   )
JAIME MICOLTA HURTADO,             )
                                   )
          Defendant.               )
                                   )

## ORDER

Upon consideration of the Government's Motion to Late-File its Opposition to Defendant's Motion for Disclosure of the Government's Confidential Informants and Witnesses, Regardless of Whether They Will be Called Upon to Testify, and the Defendant's consent to this Motion, it is this __3__ day of __March__, 2008, hereby,

ORDERED, that the Government's Motion to Late-File is hereby GRANTED, and the Government has until March 1, 2008, to file its Opposition to Defendant's motion..

__3/3/08__
DATE

__Ellen S. Huvelle__
ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE