UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Criminal No. 05-316 (ESH) |
| PABLO RAYO MONTANO *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

FILED
MAR 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Based on the status conference held with the parties on March 14, 2008, it is hereby **ORDERED** that:

(1) The government shall use its best efforts to obtain as expeditiously as possible all U.S. and Brazilian documents relating to the request for the extradition of Juan Carlos Gomez;

(2) The government shall use its best efforts to obtain as expeditiously as possible the affidavits filed in support of the Brazilian wiretap;

(3) The government shall provide the following on or before March 25, 2008: a witness list;[1] an exhibit list; and verbatim transcriptions of audio recordings that the government plans to use in its case-in-chief, with English and Spanish translations of each transcript;

(4) The government shall provide a list of all expert witnesses that it intends to call along with written summaries of their proposed testimony, pursuant to FED. R. CRIM. P. 16(a)(1)(G), by May 1, 2008;

---

[1] The list shall include all witnesses whom the government plans to call in its case-in-chief except for those who are not participants in the conspiracy or who are co-conspirators but are not incarcerated.

(5) The government shall provide a list of all remaining witnesses[2] whom it plans to call in its case-in-chief, including all *Giglio* materials within its possession, custody or control, by May 1, 2008;

(6) Defendants shall file all motions on or before April 11, 2008;[3]

(7) Defendant's Motion to Disclose Identities of Informants [97] is granted in part insofar as the identity of participants in the conspiracy who will testify at trial will be disclosed by March 25, 2008, if the participant is in custody; if the coconspirator is not incarcerated, the identity will be disclosed by May 1, 2008, unless the government can demonstrate that there are legitimate security concerns;

(8) A status conference is scheduled for April 18, 2008, at 2:30 p.m. in Courtroom 14.

**SO ORDERED**.

/s/ Ellen S. Huvelle
ELLEN SEGAL HUVELLE
United States District Judge

Dated: March 17, 2008

---

[2] If the government has reason to fear for the safety of any witness, it shall make an *ex parte, in camera* review prior to May 1, 2008.

[3] Prior to filing any discovery motion, defense counsel shall meet with government counsel to try to resolve any disputes.