UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Crim. No. 05-316 (ESH) |
| ) | |
| PABLO RAYO MONTANO ) | |
| et al. ) | |

## ORDER

Upon consideration of the "Government's Renewed Motion Under The Speedy Trial Act To Exclude Time"and Defendant's Response Thereto, the Court hereby ORDERS that the government's motion is GRANTED.

1.   The Court FINDS, pursuant to 18 U.S.C. §3161(h)(1) and (7), that the delay resulting from consideration by the court of proposed plea agreements to be entered between the government and the defendants Sara Maritza Rayo, Viviana Buitrago Paz, and others, shall be excluded in computing the time within which the trial must commence.  The last such plea is scheduled for April 16, 2008.

2.   The Court FINDS, pursuant to 18 U.S.C. §3161(h)(8)(A), and 18 U.S.C. §3161(h)(8)(B)(i) and (ii), that the ends of justice served by granting the government's motion outweigh the best interest of the public and the defendant in a speedy trial.  The reason for finding that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial is based upon the nature of the case, that is, the case is a complex case of an international drug conspiracy case involving multiple defendants and a reasonable period of delay is necessary to allow adequate preparation for pretrial proceedings and the trial itself.  Accordingly, the time

from March 20, 2008 through the commencement of trial, now set for June 16, 2008, shall be excluded.

DATE: _____

_____

JUDGE
UNITED STATES DISTRICT COURT