IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) Case No. cr- 05-316 (ESH) |
| | ) |
| PABLO RAYO MONTANO et al. | ) |

MOTION FOR EXTENSION OF TIME TO FILE NOTICES

Comes the United States through Kenneth A. Blanco, Chief, Narcotic and Drug Dangerous Drug Section, and Paul W. Laymon, Trial Attorney, Narcotic and Dangerous Drug Section, and moves the court for one additional week in order to file notices related to witnesses and exhibits. Notice of both was to be filed March 25, 2008. The United States would note that it is taking much more time than anticipated to review the case materials, and that the United States was also at the same time trying to complete plea agreements and factual bases.

Paul W. Laymon
Trial Attorney
Narcotic and Dangerous Drugs
Department of Justice
1400 New York Avenue NW
Washington, DC 20005
202-514-1286 (work)
202-725-7741 (cell)
202-514-0483 (fax)
Email paul.laymon@usdoj.gov