UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Criminal No. 05-CR-316 (ESH) |
| : | |
| JAIME MICOLTA HURTADO : | |

**DEFENDANT MICOLTA HURTADO'S OPPOSITION TO GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE NOTICES**

1.      Defendant Jaime Micolta Hurtado ("Micolta Hurtado"), by and through undersigned counsel, respectfully requests that the Court deny the government's Motion for Extension of Time to File Notices and that it compel the government to immediately comply with its Order of March 14, 2008. In support of his Motion and his opposition, Mr. Micolta Hurtado States as follows:

2.      Mr. Micolta Hurtado has been in government custody since May 2006, as a result of having been indicted in a wide-ranging narcotics conspiracy. The "Twin Oceans" investigation that resulted in the indictment began sometime in 2003. Trial in this matter is scheduled for June 16, 2008.

3.      Although the government has produced voluminous discovery related to the investigation, the government concedes that the evidence against Mr. Micolta Hurtado consists of one intercepted telephone call and the testimony of cooperators. Because all the acts alleged in the indictment occurred abroad, Mr. Micolta Hurtado moved the Court for an Order directing the government to disclose the names of cooperators prior to trial so that counsel could make use of that information in preparing for trial.

4.      At the status hearing on March 14, 2008, the Court granted in part Mr. Micolta Hurtado's Motion and Ordered the government to disclose by March 25, 2008, the

identities of incarcerated cooperators who will testify at trial.  The Court also Ordered the government to disclose by the same date: a) an exhibit list; b) verbatim transcriptions of audio recordings the government intends to use in its case-in chief; and c) English and Spanish translations of each transcript.  Finally, the Court directed (albeit not in the form of an Order) the government to produce to Mr. Micolta Hurtado a copy of the one call that the government alleges involves him.

5. On the afternoon of March 24, 2008, undersigned counsel emailed AUSA Paul Laymon inquiring how the disclosures were going to be made.  Mr. Laymon did not respond to that inquiry.

6. At 9:09 p.m., on March 25, 2008, the government filed a one page Motion requesting an additional week to make the disclosures Ordered by the Court.  By way of explanation for the request, the government noted "that it is taking much more time than anticipated to review the case materials, and that the United States was also at the same time trying to complete plea agreements and factual bases."

7. The government, along with several foreign governments, has tremendous resources at its disposal, as is evident in the results of its "Twin Oceans" investigation.  Two months prior to trial, and late on the day on which it was to make its disclosures, the government claims that it does not have enough time to comply with the Court's Order.  This excuse is ludicrous on its face.

8. As the government has conceded, sum total of the evidence against Mr. Micolta Hurtado is one intercepted telephone call and the testimony of cooperators.  With the exception of arrest reports, none of the discovery reviewed by counsel pertains to Mr. Micolta Hurtado.  With two months left before trial, and given his other commitments, undersigned

counsel has very limited time in which he may investigate and research the information that the government was Ordered to disclose today. Every day the government delays in disclosing that information is one less day that Mr. Micolta Hurtado can prepare his defense.

9. Counsel entered his appearance in this case in October 2007 and has filed at least two separate and comprehensive requests for discovery. It is inexcusable that the government has not even deigned to turn over the one call that they will seek to use against Mr. Micolta Hurtado. To argue that almost two years after arrests were made it has not had time to review case materials and make the disclosures Ordered by the Court make a mockery of the Court's Order and offends the principles of fundamental fairness implicit in our justice system – in effect, Mr. Micolta Hurtado is preparing for a trial where he simply does not know what to expect.

**WHEREFORE**, for the foregoing reasons and any others that may become apparent to the Court, Mr. Micolta Hurtado respectfully requests that the Court deny the government's Motion for Extension of Time to File Notices and to compel the government to comply with its Order of March 14, 2008.

Dated: Washington, DC
March 25, 2008

Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**
/s/
_____
A. Eduardo Balarezo (D.C. Bar No. 462659)
400 Fifth Street, N.W.
Suite 300
Washington, D.C. 20001
(202) 639-0999 (tel)
(202) 639-0899 (fax)

*Attorney for Jaime Micolta Hurtado*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of March 2008 I caused a true and correct copy of the foregoing Defendant Micolta Hurtado's Opposition to Government's Motion for Extension of Time to File Notices to be delivered to the Parties in this case via Electronic Case Filing.

/s/
_____
A. Eduardo Balarezo