UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | CRIMINAL NO.  05-316 (ESH) |
| : | |
| JAIME MICOLTA HURTADO : | |
| JUAN CARLOS GOMEZ, : | |
| : | |
| Defendants. : | |

## GOVERNMENT'S EXHIBIT LIST

The United States of America, by and through its attorney, the United States Department of Justice, Criminal Division, Narcotic and Dangerous Drug Section, puts the defense on notice that it may use some or all of the following evidence at trial.

Intercepted calls involving Micolta include call 3817037, April 20, 2006, between Pablo Rayo and Fidel Sandoval; call 3822779, April 20, 2006, between Micolta and Rayo; and call 4997833, April 25, 2006, between Rayo and Jackson Orozco Gil.  In addition, there may be 37 other calls in which Micolta is a participant or is mentioned.

Intercepted calls involving Juan Carlos Gomez.  Five such calls and their transcripts were previously disclosed to defense counsel, including calls numbers 2204911, 3353208, 3446691, 3508207, and 3550833.

Fidel Sandoval email to Micolta on May 1, 2004 and September 1, 2004.  Micolta email to Fidel Sandoval on September 4, 2004 and October 4, 2004.

Fidel Sandoval email address book.

Washington Mutual Check receipt for Juan Carlos Gomez, seized from residence of Jose

Arango, Weston, FL

Fax transmittal dated June 11, 2001 between Micolta and Hector Aguilar.

Identification items seized from the person or home of Micolta at the time of his arrest, including drivers' licenses from California, Panama, and Colombia; US permanent resident card; US Social Security Card bearing number ▇▇▇▇▇▇; Panama voter registration card; Colombian passport, showing travel to Panama and containing an American visa (about 15 pages); a business card bearing the name "Captain Jaime Micolta, Manager"; an I94 form showing border crossing on or about June 9 and December 8, 2005; and a Nextel cellular phone for 310-484-5049 he was carrying at the time of his arrest. Also, a signed consent to search form and a signed Miranda rights waiver, both in Spanish. On May 16, 2006, Micolta was advised of and waived his Miranda rights. Micolta stated he had been in the United States for about two years. He acknowledged knowing many of the principals in the case, including Pablo Rayo, Jackson Orozco Gil, Yovanny Tovar, Mario Leone, Jose Maria Bermudez, Hector Aguilar, and Fidel Sandoval, but he denied any drug activity. He said his most recent phone call to Rayo was not about smuggling drugs but about smuggling Rayo across the border into the US.

Plea agreements for the defendant witnesses listed in the notice of witnesses, along with any sentencing documents, such as motions for downward departure or motions for reduction in sentence, which have been or will be created.

Mediterranean Sea Food Documents, nine pages, from Hector Aguilar.

Jose Arango address book.

Pablo Rayo phone book with "Jaime pobre" entry.

Micolta personal page on www.oyeme.com, an online dating service with a Colombians

in Los Angeles section.

                                                                                         -s-  
                                      Donnell W. Turner, Trial Attorney  
                                      Paul Laymon, Trial Attorney  
                                      Mary Mogavero, Trial Attorney  
                                      Narcotic and Dangerous Drug Section  
                                      United States Department of Justice  
                                      1400 New York Ave NW  
                                      Washington, DC 20005  
                                       202-725-7741  
                                       paul.laymon@usdoj.gov