## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 05-CR-316 (ESH)** |
| | : | |
| **JAIME MICOLTA HURTADO** | : | |

## ORDER

Upon consideration of Defendant Micolta Hurtado's Motion to Compel and for Sanctions, and any opposition, it is this _____ day of _____ 2008, hereby

**ORDERED**, that Defendant's Motion is **GRANTED**.

_____
**ELLEN S. HUVELLE**
**UNITED STATES DISTRICT JUDGE**