UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 05-316 (ESH) |
| | ) | |
| v. | ) | |
| | ) | |
| JAIME MICOLTA HURTADO, | ) | |
| and | ) | |
| | ) | |
| JUAN CARLOS GOMEZ | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF ADDITION OF COUNSEL

The United States of America informs the Court that Trial Attorney MARY E. MOGAVERO is being added to this case as counsel of record. Please enter her appearance as counsel for the United States of America.

Respectfully submitted,

 /s/
MARY E. MOGAVERO
Trial Attorney,
United States Department of Justice
Narcotic and Dangerous Drug Section
1400 New York Avenue, NW Suite11406
Washington, DC 20530
Phone: (202) 305-2795
Fax:    (202) 514-6112
E-Mail: Mary.Mogavero@usdoj.gov