UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 05-316 (ESH) |
| ) | |
| PABLO RAYO MONTANO ) | |
| et al. ) | |

**GOVERNMENT'S STATUS REPORT**

---

The United States of America, by and through the undersigned attorneys, submits a status report regarding the Government's compliance with the Court's May 7, 2005 Order. In support, the Government states as follows:

1. At a status hearing on May 2, 2005, the Government was ordered to provide the English/Spanish transcripts of the phone calls that the Government intended to use at trial, as well as the underlying affidavits of the Brazilian wiretaps that were authorized to intercept said phone calls by May 12, 2005. *See* Order, dated May 5, 2008.

2. To date, the Government has provided counsel of record with all of the English/Spanish transcripts of the intercepted phone calls which the Government intends to use at trial.

3. In addition, the Government has provided counsel of record with copies of the underlying affidavits of the Brazilian wiretap affidavits. These affidavits are in Portugese. As such, the Government has provided defense counsel with detailed English summaries of the underlying affidavits.

4.      Although the English summaries are more than sufficient to assist counsel in ascertaining the contents of the affidavits, the Government has contracted with a company to translate the Portuguese affidavits into English, verbatim.  Although the Government requested that the verbatim English translations be completed by May 12, 2008, the contracted company was unable to do so.  Accordingly, the Government is notifying both the Court and counsel of record that, although the Government has complied with the Court's order by providing the Brazilian affidavits and the detailed English summaries, the Government will provide the verbatim English translations to counsel of record immediately upon receipt.


                                                                                            /s/

PAUL LAYMON
DONNELL W. TURNER
MARY E. MOGAVERO
Trial Attorneys
Narcotic and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Suite 11406
Washington, DC 20530
(202) 305-2795

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing status report was served by the Electronic Case Filing system, on counsel of record, this 12th day of May, 2008.

                                    /s/
                                MARY E. MOGAVERO
                                Trial Attorney
                                Narcotic and Dangerous Drug Section
                                U.S. Department of Justice
                                1400 New York Avenue, N.W.
                                Suite 11406
                                Washington, DC 20530
                                (202) 305-2795