UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CRIMINAL NO.  05-316 (ESH) |
| | : | |
| JAIME MICOLTA HURTADO | : | |
| JUAN CARLOS GOMEZ, | : | |
| | : | |
| Defendants. | : | |

**GOVERNMENT'S EXHIBIT LIST**

The United States of America, by and through its attorney, the United States Department of Justice, Criminal Division, Narcotic and Dangerous Drug Section, may offer the following exhibits as evidence at trial:

1. Map of Colombia

2. Map of Central America, South America, and the United States

3. Phone call # 2281020, and accompanying Spanish to English transcript

4. Phone call # 3315507, and accompanying Spanish to English transcript

5. Phone call # 3353208, and accompanying Spanish to English transcript

6. Phone call # 3817037, and accompanying Spanish to English transcript

7. Phone call # 3822779, and accompanying Spanish to English transcript

8. Phone call # 3848844, and accompanying Spanish to English transcript

9. Fidel Sandoval-Rosero's email address book

10. Curriculum Vita for Michael Garland

11. Elizabeth Manrique's phone book

12. Pablo Rayo Montano's phone book

13. Contents of Jaime Micolta Hurtado's wallet at the time of his arrest

    a. Jaime Micolta Hurtado's Colombian driver's license

    b. Jaime Micolta Hurtado's Republic of Panama driver's license

    c  Jaime Micolta Hurtado's State of California driver's license

    d. Jaime Micolta Hurtado's Social Security Card

    e. Jaime Micolta Hurtado's Permanent Resident Card

    f. Jaime Micolta Hurtado's Republic of Panama Voter's Registration Card

14. Jaime Micolta Hurtado's Colombian Passport

15. Jaime Micolta Hurtado's cellular telephone

16. Washington Mutual Bank check, dated April 7, 2006, made payable to Juan Carlos Gomez in the amount of $8,000.00

Respectfully submitted,

_____/s/_____
Paul Laymon, Trial Attorney
Donnell W. Turner, Trial Attorney
Mary E. Mogavero, Trial Attorney
Narcotic and Dangerous Drug Section
United States Department of Justice
1400 New York Ave N.W.
Washington, D.C. 20005
202-725-7741

**CERTIFICATE OF SERVICE**

     I hereby certify that, on this 29th day of May, 2008, a copy of the foregoing Exhiibt List was filed electronically with the Clerk of the Court and served on all counsel of record through the electronic case filing system.

                                                                             _/s/_____
                                                                             Mary E. Mogavero
                                                                             Trial Attorney
                                                                             Narcotic and Dangerous Drug Section
                                                                             Criminal Division
                                                                             U.S. Department of Justice
                                                                             1400 New York Ave NW
                                                                             Washington, DC 20530
                                                                             202-514-0917
                                                                             May 29, 2008