UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 05-CR-316 (ESH) |
| | : | |
| JAIME MICOLTA HURTADO | : | |
| | : | |
| *Defendant.* | : | |

### DEFENDANT MICOLTA HURTADO'S OPPOSITION TO GOVERNMENT'S SUPPLEMENTAL EXHIBIT LIST

Defendant Jaime Micolta Hurtado ("Micolta Hurtado"), by and through undersigned counsel, respectfully submits his opposition to the government's supplemental exhibit list and states as follows:

1. On March 17, 2008, the Court ordered the government to provide an exhibit list on or before March 25, 2008. (Doc. # 107). The government failed to comply with the Court's Order and on March 31, 2008, filed a laundry list captioned "Government's Exhibit List." (Doc. # 126).

2. On May 5, 2008, the Court ordered the government to provide amended exhibit lists by May 29, 2008. (Doc. # 144). The government did so on that date. (Doc. # 149).

3. Today, approximately two weeks after the date given by the Court to provide amended exhibit lists, the government files with explanation a Supplemental Exhibit List (Doc. 152). The government's continued flouting of the Court's order is a continuation of its previous conduct in this case wherein it has ignored prior orders with impunity.

4. The government's filing is untimely and should be rejected by the Court.

**WHEREFORE**, for the foregoing reasons and any others that may become apparent to the Court, Mr. Micolta Hurtado respectfully requests that the government's Supplemental Exhibit List be denied and that the government be precluded from introducing any evidence that was not included in the exhibit list filed on May 29, 2008.

Dated: Washington, DC
       June 13, 2008

Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**
/s/
_____
A. Eduardo Balarezo (D.C. Bar No. 462659)
400 Fifth Street, N.W.
Suite 300
Washington, D.C. 20001
(202) 639-0999 (tel)
(202) 639-0899 (fax)

*Attorney for Jaime Micolta Hurtado*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of June 2008 I caused a true and correct copy of the foregoing Defendant Micolta Hurtado's Opposition to the government's supplemental exhibit list to be delivered to the Parties in this case via Electronic Case Filing.

/s/
_____
A. Eduardo Balarezo