UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 05-CR-316 (ESH)** |
| | : | |
| **JAIME MICOLTA HURTADO** | : | |

**ORDER**

Upon consideration of Defendant Micolta Hurtado's Motion for Election of Offenses or, Alternatively, to Dismiss Indictment, and any opposition, it is this _____ day of_____ 2008, hereby

**ORDERED**, that Defendant's Motion is **GRANTED**.

_____
**ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE**