**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Case No. 05-316 (ESH)** |
| **v.** | : | |
| | : | |
| **JAIME MICOLTA-HURTADO, and** | : | |
| | : | |
| **JUAN CARLOS GOMEZ,** | : | |
| | : | |
| **Defendants.** | : | |

**Verdict Form**

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

**With respect to Defendant Jaime Micolta-Hurtado:**

1.      Conspiracy to import cocaine into the United States, or to manufacture or distribute cocaine, intending or knowing that it would be imported into the United States.

_____ Not Guilty                    _____ Guilty

a.      If you found Defendant Jaime Micolta-Hurtado guilty of the above count, please indicate the offense or offenses which you unanimously find Defendant Jaime Micolta-Hurtado conspired to commit:

_____        Conspiracy to import cocaine into the United States, or

_____        Conspiracy to manufacture or distribute cocaine, intending or knowing that it would be imported into the United States.

b.      <u>Amount of Cocaine</u>

If you found Defendant Jaime Micolta-Hurtado guilty, then you must indicate the amount of cocaine for which the Defendant was responsible, or which the Defendant knew or reasonably could have foreseen would be imported into the United States by the conspiracy, or which the Defendant knew or reasonably could have foreseen would be manufactured or distributed by the conspiracy, intending or knowing that it would be imported into the United States. This finding must also be unanimous.

_____    5 kilograms (5000 grams) or more of cocaine

_____    500 grams or more of cocaine

_____    less than 500 grams of cocaine.


**With respect to Defendant Juan Carlos Gomez:**

1.    Conspiracy to import cocaine into the United States, or to manufacture or distribute cocaine, intending or knowing that it would be imported into the United States.

_____ Not Guilty                    _____ Guilty

a.    If you found Defendant Juan Carlos Gomez guilty of the above count, please indicate the offense or offenses which you unanimously find Defendant Juan Carlos Gomez conspired to commit:

_____        Conspiracy to import cocaine into the United States, or

_____        Conspiracy to manufacture or distribute cocaine, intending or knowing that it would be imported into the United States.

b.    <u>Amount of Cocaine</u>

If you found Defendant Juan Carlos Gomez guilty, then you must indicate the amount of cocaine for which the Defendant was responsible, or which the Defendant knew or reasonably could have foreseen would be imported into the United States by the conspiracy, or which the Defendant knew or reasonably could have foreseen would be manufactured or distributed by the conspiracy, intending or knowing that it would be imported into the United States. This finding must also be unanimous.

_____    5 kilograms (5000 grams) or more of cocaine

_____    500 grams or more of cocaine

_____    less than 500 grams of cocaine.


Foreperson _____                    _____
                                                   Date