UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**       :
                                    :
**v.**                              :
                                    :   **Case No. 05-316 (ESH)**
**JAIME MICOLTA-HURTADO**           :
                                    :
**Defendant.**                      :

## Verdict Form

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

1.  Conspiracy to import cocaine into the United States, or to manufacture or distribute cocaine, intending or knowing that it would be imported into the United States.

    _____ Not Guilty               _____ Guilty

    a.  If you found the Defendant guilty of the above count, please indicate the offense or offenses which you unanimously find the Defendant conspired to commit:

        _____   Conspiracy to import cocaine into the United States, or

        _____   Conspiracy to manufacture or distribute cocaine, intending or knowing that it would be imported into the United States.

    b.  <u>Amount of Cocaine</u>

    If you found the Defendant guilty, then you must indicate the amount of cocaine for which the Defendant was responsible, or which the Defendant knew or reasonably could have foreseen would be imported into the United States by the conspiracy, or which the Defendant knew or reasonably could have foreseen would be manufactured or distributed by the conspiracy, intending or knowing that it would be imported into the United States.  This finding must also be unanimous.

    _____   5 kilograms (5000 grams) or more of cocaine

    _____   500 grams or more of cocaine

    _____   less than 500 grams of cocaine.


Foreperson _____          _____
                                                  Date