**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 05-CR-316(4) (ESH) |
| | : | |
| JAIME MICOLTA HURTADO | : | |

**DEFENDANT'S OBJECTIONS TO GOVERNMENT'S PROPOSED JURY**
**INSTRUCTIONS AND REQUEST FOR OTHER INSTRUCTIONS**

   1.  Defendant Jaime Micolta Hurtado, by and through undersigned counsel, hereby respectfully objects to the proposed instructions submitted by the government and requests additional instructions as follows:

     a.  Instruction No. 8: Objection to "have been disposed of" and requests to be substituted by "are no longer pending."

     b.  Instruction No. 9: Objection to the third paragraph

     c.  Instruction No. 14: Objection to entire instruction; request that Red Book Instruction No. 2.09 be given (see attached)

     d.  Instruction No. 17: Objection to the entire instruction; request that the attached instruction be given (from *United States v. Ball*, 05-CR-100 (RWR)).

     e.  Instruction No. 18: Objection to the entire instruction; request that the attached instruction be given (from *United States v. Ball*, 05-CR-100 (RWR)).

     f.  Instruction No. 30: Object to the entire instruction.

     g.  Instruction No. 31: Correction to the eighth line, change "a particular defendant" to "the defendant."

    h. Instruction No. 33: Objection to the entire instruction; request that the attached instruction be given (from *United States v. Jones*, 05-CR-386 (ESH)).

    i. Instruction No. 35: Objection to the last paragraph.

Micolta Hurtado respectfully requests the following additional instructions:

    j. Number of Witnesses [2.13]

    k. Immunized Witnesses [2.23]

    l. Informer's Testimony [2.24]

    m. Communication Among Defense Counsel

    n. Defendant's Theory of the Case

**WHEREFORE**, Jones respectfully requests that the Honorable Court instruct the jury as noted.

Dated: Washington, DC
   July 1, 2008         Respectfully submitted,

              **LAW OFFICE OF A. EDUARDO BALAREZO**

               /s/
             By: _____
              A. Eduardo Balarezo (Bar # 462659)
              400 Fifth Street, NW
              Suite 300
              Washington, DC  20001
              (202) 639-0999

              *Counsel for Jaime Micolta Hurtado*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of July 20008, I caused a true and correct copy of the foregoing Defendant's Objections to Government's Proposed Jury Instructions and Requests for Other Instructions to be delivered to the parties in this matter via Electronic Case Filing (ECF).

/s/
_____
A. Eduardo Balarezo