# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FILED
JUL 0 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

    **Plaintiff**

vs.

    Crim. Action 05-316-4 (ESH)

**Jaime Micolta Hurtado**

    **Defendant**

## Jury Note

#1 Clarification on an instruction #27 #34 with regards to inference. When is it valid to make inference?

#2 Better understanding of conspiracy as it relates to this defendant only.

#3 Clarification of instruction #36, page 42, Co-conspirator acts + statements.

#4 Can we start @ 9:30 AM to Accomodate Juror #3? She works nights + cannot arrive @ 9 AM.

7/9/08
DATE

10:00 AM
TIME

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FILED**

**JUL 0 9 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

    Plaintiff

vs.

    Crim. Action 05-316-4 (ESH)

Jaime Micolta Hurtado

    Defendant

## Jury Note

#1 Are we permitted to infer, based on the evidence given by the prosecution, and the testimony of expert witness Michael Garland, that shipments of drugs to Mexico eventually were illegally imported into the United States?

7/9/08
DATE

FOREPERSON

12:30 pm
TIME