UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED
JUL 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

   Plaintiff

vs.

                                        Crim.  Action 05-316-4 (ESH)

Jaime Micolta Hurtado

   Defendant

## Jury Note

We are unable to reach a unanimous verdict.

_____
7/14/08
DATE

_____
9:25
TIME

                                        FOREPERSON    √