UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

    Plaintiff

vs.

                                      Crim. Action 05-316-4 (ESH)

Jaime Micolta Hurtado

    Defendant

## Jury Note

*The jury has reached a verdict*

---

7/16/08
DATE

2:10 pm
TIME

FOREPERSON