|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA | **FILED**<br>JUL 1 6 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Case No. 05-316 (ESH) |
| : | |
| **JAIME MICOLTA-HURTADO,** : | |
| : | |
| **Defendant.** : | |

<u>Verdict Form</u>

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

1. Conspiracy to import cocaine into the United States, or to distribute cocaine, intending or knowing that it would be imported into the United States from Colombia, Mexico, and elsewhere.

_____ Guilty                    \_\_\_X\_\_\_ Not Guilty

a. <u>Scope of Conspiracy</u>

If you found the Defendant guilty of the above count, please indicate the offense or offenses which you unanimously find the Defendant conspired to commit:

_____  Conspiracy to import cocaine into the United States, or

_____  Conspiracy to distribute cocaine, intending or knowing that it would be imported into the United States.

b. <u>Amount of Cocaine</u>

If you find the Defendant guilty of conspiracy, then you must answer the following questions relating to the amount of drugs for which the Defendant is responsible, including those drugs which the Defendant knew or reasonably could have foreseen would be imported into the United States by the conspiracy, or which the Defendant knew or reasonably could have foreseen would be distributed by the conspiracy, intending or knowing that it would be imported into the United States. The drugs at issue consist only (1) of those that were allegedly shipped from Colombia through Panama and Guatemala in 1998 and 1999 after the Defendant allegedly joined the conspiracy in 1998, and (2) of those that were allegedly shipped from Colombia to Mexico in 2000 and 2001 after the Defendant allegedly joined the conspiracy in 1998. This finding must

also be unanimous.

    (A)    5 kilograms (5000 grams) or more of a mixture or substance containing a detectible amount of cocaine.

    **Proven:**_____    **Not Proven:**_____

If you are unable to find unanimously that the drug quantity was 5 kilograms or more of a mixture or substance containing a detectible amount of cocaine, then you should consider whether the drug quantity was:

    (B)    500 grams or more of a mixture or substance containing a detectible amount of cocaine.

    **Proven:**_____    **Not Proven:**_____

If you are unable to find unanimously that the drug quantity was 500 grams or more of a mixture or substance containing a detectible amount of cocaine, then you should consider whether the drug quantity was:

    (C)    Less than 500 grams of a mixture or substance containing a detectible amount of cocaine.

    **Proven:**_____    **Not Proven:**_____

Foreperson

7/16/08
Date