AO 245A  (AO Rev. 12/03 - DC Rev. 12/05) Judgment of Acquittal

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

JAIME MICOLTA HURTADO

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 05-316-4

**FILED**

JUL 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

| Collen Kollar-Kotelly | U.S. District Judge |
|---|---|
| Name of Judge | Title of Judge |

7/16/2008           7/16/08
                    Date

