UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 05-CR-316 (ESH)** |
| : | |
| **JAIME MICOLTA HURTADO** : | |

### ORDER

Upon consideration of Defendant Micolta Hurtado's Motion for Return of Property, and any opposition, it is this _____ day of _____ 2008, hereby

**ORDERED**, that Defendant's Motion is **GRANTED**; and it is further

**ORDERED**, that the government shall forthwith return to Defendant the items seized upon his arrest, including any and all identification documents (passport, licenses, citizenship documents); all cellular telephones; one black Ford F-350 pickup truck, Florida tags X55-KQS.

_____
**ELLEN S. HUVELLE**
**UNITED STATES DISTRICT JUDGE**