UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

(202) 354-3230

*Let this be filed. ESH 8/25/08*

August 25, 2008

A. Eduardo Balarezo, Esq.
Law Offices of A. Eduardo Balarezo
400 Fifth Street, NW
Suite 300
Washington, DC 20001-2719

**FILED**

AUG 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:  *United States v. Hurtado*, Criminal Action No. 05-316-4

Dear Mr. Balarezo:

I have received the attached letters from your client. Would you please undertake to assist him if possible, and inform me of the results of your efforts.

Thank you for your attention to this matter.

Sincerely yours,

Ellen Segal Huvelle
United States District Judge

Enclosures

cc: Paul W. Laymon, Esq. (w/ enclosures)
    Jaime Micolta Hurtado

Jaime Micolta Hurtado

e-mail: ＿＿＿

Agosto 08, 2008

To: Honorable Judge: **Ellen Segal Huvelle**
   333 Constitution Ave. , NW
   Washington D.C. 2001

Re: <u>Crim. Case   No   005-00316</u>
   Documentos de identificación

Su Señoría:

El 16 de Julio de 2008, ˙ el Gran Jurado me encontró **NO CULPABLE** de los cargos por los que se me acusaba, después de mi libertad el día 17 de julio , 2008 me ha sido prácticamente imposible movilizarme, en razón a que todos mis documentos me fueron retenidos en la fecha de mi captura el día mayo 16,2006 . Ruego a usted se ordene a quien corresponda me sean entregados mis  documentos personales de identificación, los cuales requiero para poder movilizarme.

Temporalmente estoy radicado en la dirección  arriba anotada o se me localiza por medio de  mi correo electrónico:

En espera de una respuesta satisfactoria, y agradeciendo de antemano la atención que se digne prestar a esta mi solicitud.

Atentamente,

*[signature]*
Jaime Micolta Hurtado

Jaime Micolta Hurtado

e-mail:

August 08, 2008

To: Honorable Judge: **Ellen Segal Huvelle**
    333 Constitution Ave. , NW
    Washington D.C. 2001

<u>Re: Crim. Case No 05-316</u>
Entrega de automotor

    Su Señoría, la razón por la que escribo es porque me gustaría atraer su atención acerca de lo siguiente: fui liberado de prisión el 17 de Julio de 2008, después de que el Gran Jurado me encontró **NO CULPABLE** de los cargos por los cuales fui llevado a juicio ante su honorable despacho.

    En Dic. 03, 2007 envié una petición a la Corte informando que en el momento de mi arresto el agente a cargo del operativo incauto mi vehículo automotor,( Truck ford F-350, año 2000, color negro) pero no lo relacionó en el inventario de mis pertenencias. En dicho documento adjunté copias de cartas enviadas por mi a mis abogados Mr. A. J. Kramer y Mr. Carlos Vanegas en las que les demuestro con una copia del MVA de Los Angeles, CA que a mi vehículo le fue cambiado el registro de propiedad sin mi autorización, Lastimosamente mi petición fue negada por Su Señoría.

    Durante mi juicio algunos testigos ( Jackson Orozco Gil, Domingo Micolta Hurtado, Miguel Mosquera, Dorisel Velásquez, el agente Federal Adam Collins) respondieron preguntas del gobierno donde clara y contundentemente se afirma la existencia de ese vehículo como de mi propiedad.

    Como consecuencia de la declaratoria de mi inocencia, ruego en forma respetuosa a su señoría se ordene a la autoridad que realizó mi captura en Los Angeles – California,(el día 16 de mayo de 2006) la devolución del Truck de mi propiedad en las mismas condiciones en que fuera removido del lugar donde se encontraba al momento de mi captura, así mismo ordene la restitución del titulo correspondiente a mi nombre.

    Mil gracias por la atención prestada.

Atentamente,

*Jaime Micolta*